# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GARCIA,<br><br>　　　　　Petitioner,<br>　　v.<br>MARTIN BITER,<br><br>　　　　　Respondent. | Case No. CV 14-09016 JLS (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 24, 2017

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE